UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

ANTHONY FULLER,                          )
                                         )
                        Plaintiff,       )
                                         )
         v.                              )          **JUDGMENT**
                                         )          5:20-CV-192-BO
REX HOSPITAL, INC.,                      )
                                         )
                        Defendant.       )
                                         )

**Decision by Court.**
This cause comes before the Court on defendant's motion for summary judgement [DE 48].

**IT IS ORDERED, ADJUDGED AND DECREED** that defendant's motion for summary judgement [DE 48] is GRANTED.

**This judgment filed and entered on August 15, 2022, and served on:**
Patricia T. Bartis (via CM/ECF Notice of Electronic Filing)
Lawrence Wooden (via CM/ECF Notice of Electronic Filing)
Tory Ian Summey (via CM/ECF Notice of Electronic Filing)

                                    PETER A. MOORE, JR., CLERK

August 15, 2022

                                    _/s/Lindsay Stouch_____
                                    By: Deputy Clerk